IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

MAY 14 2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )
                           )  Criminal No. 13-CR-30079-GPM
        vs.                )
                           )
FAITH L. MORAN,            )
                           )
              Defendant.   )

## STIPULATION OF FACTS

1.  Faith L. Moran, a resident of Centreville, Illinois, has been employed by the American Red Cross in St. Louis, Missouri since before March 21, 2010.

2.  Moran collected unemployment insurance benefits administered by the Missouri Division of Employment Security between on or about March 21, 2010, and August 11, 2012.

3.  Between on or about March 21, 2010, and August 11, 2012, Moran knowingly and willfully stole, purloined, and converted to her own use money with the intention of depriving the owner of the use or benefit of the money.

4.  The money Moran stole, purloined, and converted to her own use belonged to the United States of America and had a value in excess of $1,000.

5.  Moran devised the above-described scheme and artifice to defraud and deprive.

6.  As part of the above-described scheme and artifice to defraud and deprive, Moran knowingly caused the use of the United States Mail for the purpose of executing the above-described scheme, to wit the mailing of a Central Bank Missouri Access MasterCard debit card ending 6692 to an address in Centreville, Illinois on or about April 2, 2010.

7. On or about March 22, 2011, Moran knowingly caused the use of the United States Mail for the purpose of executing the above-described scheme to defraud, to wit the mailing of a second Central Bank Missouri Access Mastercard debit card ending 6235 to an address in Centreville, Illinois.

_____
FAITH L. MORAN
Defendant

_____
JOHN D. STOBBS, II
Attorney for Defendant

Date: 5/14/13

STEPHEN R. WIGGINTON
United States Attorney

_____
KATHERINE L. LEWIS
Assistant United States Attorney

Date: 5/13/13